**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS HAROLD CAVE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-00962-JAD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CLARK COUNTY'S COMMISSION'S BOARD ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Chris Harold Cave submitted a document titled "Complaint and Request for Emergency Temporary Whistleblower Protection Injunction" on March 31, 2017. (ECF No. 1-1.) Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. The court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by May 5, 2017, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

DATED: April 5, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge