# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRIS HAROLD CAVE,

        Plaintiff,

vs.

CLARK COUNTY'S COMMISSION'S BOARD INC.,

        Defendant.

Case No. 2:17-cv-00962-JAD-CWH

**ORDER**

On April 5, 2017, the court entered an order requiring Plaintiff Chris Harold Cave to pay the $400.00 filing fee for this case or to file an application to proceed *in forma pauperis* by May 5, 2017. (Order (ECF No. 2).) Plaintiff paid the $400.00 filing fee on April 10, 2017. Given that Plaintiff paid the filing fee, Plaintiff's complaint will not be screened under 28 U.S.C. 1915(e)(2). This case will proceed on the normal litigation track.

IT IS SO ORDERED.

DATED: April 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**