UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS HAROLD CAVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLARK COUNTY'S COMMISSION'S BOARD ) <br> INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:17-cv-00962-JAD-CWH <br><br> **ORDER** |

Presently before the court is Defendant Clark County's Motion to Quash Service of Process (ECF No. 8), filed on May 10, 2017. Plaintiff Chris Harold Cave has not responded to the motion, but given the unusual address stated on the motion's certificate of service, it is unclear to the court whether Plaintiff received service of the motion. The court therefore will require Defendant Clark County to serve a copy of its motion on Plaintiff at the address listed in the court's docket, which is 919 Linn Lane, Las Vegas, NV 89110, and file proof of that service by June 15, 2017.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must unseal this case.[1]

DATED: June 9, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**

---

[1] It is the court's understanding that the case was sealed by the Clerk of Court at intake. Having reviewed the filings in this case, there does not appear to be a reason the case should remain sealed.