# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Chris Harold Cave,

    Plaintiff

v.

Clark County's Commission's Board, Inc.,

    Defendant

Case No.: 2:17-cv-00962-JAD-DJA

**Order Denying Motions**

**[ECF Nos. 22, 23]**

    In February 2020, after this case sat without any proceeding of record for more than two years and plaintiff was warned that his continued inaction would result in the case's dismissal,[1] this court dismissed this case for want of prosecution.[2] Six months later, plaintiff filed a request for reconsideration[3] and a "Respectful Request for Entry of genuine 1st party objective true-authentic: Fed. R. Ev. R-901(b)(1), Video-Audio April 28 2020 Sahara & Patosi DVD Evidence in support to This 'NOTICE.'"[4] Having carefully reviewed both submissions, the court finds no legitimate legal basis to set aside the dismissal and reopen this case or for any other form of relief in this closed case.

    Accordingly, IT IS HEREBY ORDERED that **the motions [ECF Nos. 22, 23] are DENIED.** This case remains closed and **no additional filings may be made in this closed case.**

    Dated: September 1, 2020

                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 18.

[2] ECF No. 21.

[3] ECF No. 22.

[4] ECF No. 23.